Eastern District of Kentucky
FILED

SEP 17 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-106-KKC-MAS
**18 U.S.C. § 922(g)(1)**

**STEVIE BERRY**

* * * * *

**THE GRAND JURY CHARGES:**

On or about April 1, 2026, in Mercer County, in the Eastern District of Kentucky,

**STEVIE BERRY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Ruger, Model Security-9, 9mm caliber pistol bearing serial number 385-58530, and a Taurus, Model PT 809, 9mm caliber pistol bearing serial number T1Y79559, and the firearms were in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the offense alleged in this Indictment, **STEVIE BERRY** shall forfeit to the United States any and all firearms and ammunition

involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **STEVIE BERRY** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**

a. Ruger, model Security-9, 9mm caliber pistol bearing serial number 385-58530;
b. Taurus, model PT 809, 9mm caliber pistol bearing serial number T1Y79559; and
c. Assorted ammunition.

**A TRUE BILL**

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**AUBREY MCGUIRE GIROUARD**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not more than 15 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.